IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Griffin, Deon

Printed: 9/9/08

Case Number: 07 B 24400
Judge: Hollis, Pamela S
Filed: 12/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: March 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 876.00 |  |
| Secured: |  | 375.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 453.69 |
| Trustee Fee: |  | 47.31 |
| Other Funds: |  | 0.00 |
| Totals: | 876.00 | 876.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 453.69 |
| 2. | JP Morgan Chase Bank | Secured | 16,905.49 | 375.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 70.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Unsecured | 964.14 | 0.00 |
| 5. | B-Real LLC | Unsecured | 926.32 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 242.01 | 0.00 |
| 7. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 8. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 9. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 22,571.96 | $ 828.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 47.31 |
|  | _____ |
|  | $ 47.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Griffin, Deon | Case Number:  07 B 24400 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/9/08 | Filed:  12/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

